**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-62057-CIV-SMITH**

YOSBEL OBDULIO GONZALES,

Petitioner,

v.

TODD M LYONS, *et al*.,

Respondents.
_________________________________/

**ORDER TO SHOW CAUSE**

This cause comes before the Court upon review of Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [DE 1]. Upon consideration, it is

**ORDERED** that:

1. By July 31, 2026, Respondents shall show cause why the Petition for Writ of Habeas Corpus should not be granted.
2. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of Florida by July 29, 2026, and shall constitute good and sufficient service.
3. During the pendency of this action, Respondents shall not move Petitioner out of the Southern District of Florida.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 28th day of July, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel or record